CLYDE & CO US LLP
Amy M. Samberg (NV Bar No. 10212)
amy.samberg@clydeco.us
Dylan P. Todd (NV Bar No. 10456)
dylan.todd@clydeco.us
7251 W. Lake Mead Blvd., Suite 430
Las Vegas NV  89128
Telephone:     725-248-2900
Facsimile:      725-248-2907

*Attorneys for Defendant*
*Liberty Mutual Fire Insurance Company*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KRISTOPHER FOSS,<br><br>                   Plaintiff,<br><br>v.<br><br>LIBERTY MUTUAL FIRE INSURANCE COMPANY; DOES I through X, inclusive; and ROE BUSINESS ENTITIES XI through XX, inclusive,<br><br>                   Defendants. | CASE NO.:  2:21-cv-01862-CDS-BNW<br><br>**STIPULATION AND ORDER REGARDING DISMISSAL WITH PREJUDICE OF ENTIRE ACTION** |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

- 1 -

IT IS HEREBY STIPULATED by and between Plaintiff Kristopher Foss ("Plaintiff") and Defendant Liberty Mutual Fire Insurance Company ("LMFIC") by their attorneys of record, that pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii) and 41(c), this entire action be dismissed with prejudice.

EACH PARTY SHALL BEAR THEIR OWN FEES AND COSTS OF SUIT.

Dated: August 9, 2022

SHOOK & STONE, CHTD.

By: /s/ John B. Shook
John B. Shook, Esq.
Gerardo Avalos, Esq.
710 South Fourth Street
Las Vegas, Nevada 89101

*Attorneys for Plaintiff Kristopher Foss*

CLYDE & CO US LLP

By: /s/ Dylan Todd
Dylan P. Todd
7251 W. Lake Mead Blvd., Suite 430
Las Vegas, NV 89128

*Attorneys for Defendants Liberty Mutual Fire Insurance Company*

### ORDER

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: August 10, 2022

## **CERTIFICATE OF SERVICE**

As an employee of Clyde & Co., LLP, I certify that a copy of the foregoing **STIPULATION AND ORDER REGARDING DISMISSAL WITH PREJUDICE OF ENTIRE ACTION** was served by the method indicated:

☐ **BY FAX:** by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m. pursuant to EDCR Rule 7.26(a). A printed transmission record is attached to the file copy of this document(s).

☐ **BY U.S. MAIL:** by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Las Vegas, Nevada addressed as set forth below.

☒ **BY ELECTRONIC SERVICE:** submitted to the above-entitled Court for electronic service upon the Court's Registered Service List for the above-referenced case.

☐ **BY EMAIL:** by emailing a PDF of the document listed above to the email addresses of the individual(s) listed below.

Dated: August 9, 2022

*/s/ Gina Brouse*
Gina Brouse

- 3 -